Case 8:16-cr-00391-JSM-AEP   Document 242   Filed 03/07/25   Page 1 of 1 PageID 1076

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America </br> v. </br> JULIO RUDOLFO ROLDAN HERNANDEZ </br> </br> Date of Original Judgment: 03/01/2017 </br> Date of Previous Amended Judgment: </br> *(Use Date of Last Amended Judgment if Any)* | Case No: 8:16-cr-391-JSM-AEP </br> USM No: 67594-018 </br> </br> Alec Hall, FPD </br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   168   months **is reduced to**   135 months   .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   03/01/2017   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   3/7/2025

*Judge's signature*

Effective Date:
*(if different from order date)*

James S. Moody, Jr., United States District Judge
*Printed name and title*